UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | Criminal No.   21-CR-0067(ABJ) |
| | : | |
| **MARK SIMON** | : | |
| **Defendant.** | : | |

## JOINT MOTION FOR STATUS HEARING

The United States of America, through its undersigned counsel, and the defendant, Mark Simon, through his counsel, jointly move for the court to hold a status hearing in this matter on one of the following dates: March 1, March 10, or March 12, 2021.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:   /s/ Brenda J. Johnson
Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
555 4th Street, N.W.
Washington, D.C.   20530
(202) 252-7801
Brenda.Johnson@usdoj.gov

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/ Cara Halverson
Cara Halverson
Assistant Federal Public Defender
625 Indiana Avenue, NW Suite 550
Washington, D.C. 20004
(202) 208-7500