CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
(E-mail: Cuauhtemoc_Ortega@fd.org)
AMY M. KARLIN (Bar No. 150016)
(E-Mail: Amy_Karlin@fd.org)
Chief Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
MARK SIMON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK SIMON,<br><br>　　　　Defendant. | Case No. 21-CR-00067-ABJ<br><br>**NOTICE OF REASSIGNMENT** |

Notice is hereby given that the above-entitled case has been reassigned to Chief Deputy Federal Public Defender Amy M. Karlin, in place and stead of Deputy Federal Public Defender Cara Kurtz Halverson, for all further proceedings.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this re-assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: April 15, 2021　　　　By　/s/ *Amy M. Karlin*
　　　　　　　　　　　　　　　　　　AMY M. KARLIN
　　　　　　　　　　　　　　　　　　Chief Deputy Federal Public Defender