AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00147 |
| Mark Simon | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/21/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Simon                                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☑ Complaint
❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

   Title 18 U.S.C. § 1752(a)(1) and (2), Restricted Buildings or Grounds
   Title 40 U.S.C. § 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds. Disorderly Conduct

Date:   01/21/2021

                                                                                                    2021.01.21
                                                                                                    18:39:57 -05'00'
                                                                                              *Issuing officer's signature*

City and state:   Washington, D.C.                            United States Magistrate Judge Zia M. Faruqui
                                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* Jan 21, 2021 , and the person was arrested on *(date)* January 28, 2021
at *(city and state)* Huntington Beach, CA               .

Date:   January 28, 2021                                                           /s/
                                                                                              *Arresting officer's signature*

                                                                                    Jessica Salo, FBI Special Agent
                                                                                              *Printed name and title*