# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>MARK SIMON<br>   Defendant. | Case No. 21-CR-0067(ABJ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND PLEA HEARING DATE**

  Mark Simon, by and through his attorney of record, Deputy Federal Public Defender Amy M. Karlin, and the United States of America, by and through its attorney of record, Assistant United States Attorney Brenda J. Johnson jointly move for the court to continue the status conference presently set for Wednesday, August 4, 2021 at 2:00 p.m. to Thursday, August 19, 2021 at 2:00 p.m. At that date, Mr. Simon will be pleading guilty pursuant to a plea agreement.

//

//

//

//

1

Additionally, the parties agree that the time between the last status conference date, June 3, 2021 and August 19, 2021 shall be excluded from calculation under the Speedy Trial Act.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 30, 2021           By  */s/ Amy M. Karlin*

AMY M. KARLIN
Deputy Federal Public Defender
(Bar No. 150016)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
(E-Mail:  Amy_Karlin@fd.org)


CHANNING D. PHILLIPS
Acting United States Attorney

DATED: July 30, 2021           By  */s/ Brenda J. Johnson*

BRENDA J. JOHNSON
Assistant United States Attorney
D.C. Bar No. 370737
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7801
Brenda.Johnson@usdoj.gov