# EXHIBIT A

Mark S. Simon



November 9, 2021

Dear Honorable Judge Jackson,

I am deeply sorry and regret my actions on the day of January 6th. Unfortunately I was under the influence of drugs and alcohol that day. I probably would not have made the decision to go to DC if I were sober at that time.

I have had a problem with drugs and alcohol since I was young. However I entered into a drug treatment program at 27 years old in 1998. And I maintained my sobriety until 2016, when I got divorced. During the time I was sober, I got married, had 2 children an started and maintained a successful air conditioning business. I relapsed in 2016 after my divorce. And I made a series of bad decisions since then. Including supporting Donald Trump and going to the Capital on January 6th.

After I was arrested for trespassing at the Capital on January 27th, I violated my CA probation and did 90 days in jail because of my bad decision to go to the Capital on January 6th. After I got out of jail in May, I immediately entered into a drug treatment program called, Twin Town Treatment Center. I graduated in September 2021, and I have been clean and sober ever since I went into OC jail for the probation violation on February 25, 2021. I currently have almost 9 months of sobriety and I am working daily on my recovery. I am attending AA/NA meetings, going to church and staying away from anyone on drugs.

I am very sorry and completely regret my actions on January 6th. I made a big mistake by going to the doors of the capital and making a video. Once I saw the police and chaos inside, I immediately turned around and left.

Although I can not take back my actions from that day, I have learned from them. I have learned that drugs and alcohol will always ruin my life and anyone around me. And being sober has allowed me to be active in my children's lives again. And no amount of drugs and alcohol can replace that. And now that I am truly clean and sober I have clarity and completely realize how wrong my actions were on January 6th.

Thank you for taking the time to read this letter.

Respectfully,

Mark S. Simon