UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-cr-0067 (ABJ) |
| : | |
| MARK SIMON, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF EXHBIT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government enters an exhibit for use at the Sentencing Hearing, which is to be held on Tuesday, December 7, 2021. The video is taken by Mark Simon using his girlfriend's cellphone while inside the Capitol on January 6, 2021. In the video you can see Defendant Simon moving towards the interior of the Capitol. Once Simon was in the threshold of the U.S. Capitol building, he turned the camera on himself and said, "In the Capitol baby, yeah!" Shortly thereafter, Defendant Simon turned the camera on himself again and said, "2021 Donald Trump!"  The video is 1 minute and 50 seconds long.

Date: December 3, 2021

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: */s/ Brenda J. Johnson*
Brenda J. Johnson
Assistant United States Attorney
D.C. Bar No. 370737
National Security Section
555 Fourth Street NW
Washington, D.C. 20530
(202) 252-7801
brenda.johnson@usdoj.gov